**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Hansen,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Officer Theodor "Teddy" Schaefer #9087, Officer Darrel Davies #14917, Sheriff Joe Lombardo, The Cromwell Las Vegas, Caesars Entertainment Corporation, Clark County, Clark County District Attorney Steven Wolfson, Ass. District Attorney Samuel Kern, DOES I through X, and/or ROE CORPORATIONS I through X,<br><br>　　　　　　　　　Defendants. | Case Number: 2:19-cv-02234-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES (FIRST REQUEST)** |

Plaintiff Nicholas Hansen ("Plaintiff"), by and through their attorneys of record, Joel F. Hansen, Esq. and Jonathan J. Hansen, Esq., with the law firm of Hansen & Hansen, LLC, Defendants Sheriff Joseph Lombardo ("Lombardo"), Officer Theodor "Teddy" Schaefer #9087 ("Schaefer"), and Officer Darrel Davies #14917 ("Davies"), (hereinafter "LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach Coffing; and Defendants Corner Investment Company, LLC and Caesars Entertainment Corporation ("Defendants"), by and through their attorney of record, Richard Dreitzer, Esq., with the law firm of Fennemore Craig (collectively "the Parties"), hereby stipulate and agree to extend the Discovery Plan

and Scheduling Order deadlines an additional forty-five (45) days.  This Stipulation is being entered in good faith and not for purposes of delay.

I.   **STATUS OF DISCOVERY.**

   A.   **PLAINTIFF'S DISCOVERY.**

   1.   Plaintiff's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated November 4, 2020;

   B.   **DEFENDANTS' DISCOVERY.**

   1.   LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated November 2, 2020;

   2.   Officer Theodor Schaefer's First Set of Interrogatories to Plaintiff Nicholas Hansen dated February 19, 2021;

   3.   Officer Darrel Davies' First Set of Interrogatories to Plaintiff Nicholas Hansen dated February 19, 2021;

   4.   LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated February 19, 2021;

   5.   Sheriff Joe Lombardo's First Set of Interrogatories to Plaintiff Nicholas Hansen dated March 1, 2021;

   6.   Sheriff Joe Lombardo's First Set of Requests for Production of Documents to Plaintiff Nicholas Hansen dated March 1, 2021; and

   7.   Sheriff Joe Lombardo's First Set of Requests for Production of Documents to Defendant Caesars Entertainment dated March 2, 2021.

II.   **DISCOVERY THAT REMAINS TO BE COMPLETED.**

The Parties are actively conducting discovery.  For the reasons explained below, the Parties will need additional time to conduct depositions based on LVMPD's counsel's schedule.

### III. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

Counsel for LVMPD has an extensive caseload and does not have available dates in March to conduct depositions. Furthermore, counsel for LVMPD has a firm trial setting in April in a civil case in the Eighth Judicial District Court, Clark County, Nevada. As such, a 45-day extension is necessary to accommodate counsel's schedule so that the parties may conduct depositions.

### IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | January 8, 2021 | **None** |
| Initial Expert Disclosures | February 8, 2021 | **None** |
| Rebuttal Expert Disclosures | March 10, 2021 | **None** |
| Discovery Cut-Off | April 9, 2021 | **May 24, 2021** |
| Dispositive Motions | May 10, 2021 | **June 24, 2021** |
| Pretrial Order | June 9, 2021 | **July 23, 2021** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:14687-245 4292458_1 3/5/2021 3:51 PM

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional forty-five (45) days so that the parties may conduct depositions.

Dated this 5th day of March, 2021.                 Dated this 5th day of March, 2021.

HANSEN & HANSEN, LLC                               MARQUIS AURBACH COFFING

By: /s/ Joel F. Hansen                             By: /s/ Jackie V. Nichols
    Joel F. Hansen, Esq.                               Craig R. Anderson, Esq.
    Nevada Bar No. 1876                                Nevada Bar No. 6882
    Jonathan J. Hansen, Esq.                           Jackie V. Nichols, Esq.
    Nevada Bar No. 7002                                Nevada Bar No. 14246
    9030 W. Cheyenne Ave. #210                         10001 Park Run Drive
    Las Vegas, Nevada 89129                            Las Vegas, Nevada 89145
    Attorneys for Plaintiff Nicholas Hansen             Attorneys for LVMPD Defendants

Dated this 5th day of March, 2021.

FENNEMORE CRAIG

By: /s/ Richard Dreitzer
    Richard Dreitzer, Esq.
    Nevada Bar No. 6626
    300 S. Fourth Street, Suite 1400
    Las Vegas, Nevada 89101
    Attorneys for Defendants Corner Investment Company, LLC and Caesars Entertainment Corporation

## ORDER

**IT IS SO ORDERED**

**DATED:** 11:02 am, March 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**