**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Ave. #210
Las Vegas, NV 89129
(702) 906-1300: office
(702) 620-5732: facsimile
jfhansen@hansenlawyers.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Hansen,<br><br>Plaintiff,<br><br>v.<br><br>Officer Theodor "Teddy" Schaefer #9087, Officer Darrel Davies #14917, Sheriff Joe Lombardo, Corner Investment Company a/k/a The Cromwell Las Vegas, Caesars Entertainment Corporation, Clark County, Clark County District Attorney Steven Wolfson, Ass. District Attorney Samuel Kern, DOES I through X, and/or ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:19-cv-02234-APG-BNW |

## **MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, attorney Joel F. Hansen, Esq., and moves this forum to grant his motion to withdraw as the attorney for Nicholas Hansen. The reason for this motion is that Mr. Hansen is suffering from intractable back pain and also from serious abdominal pain and he is unable to continue representing Nicholas Hansen. Therefore, he has been forced to withdraw and retire from practicing law as of August 23rd, 2021. See Mr. Hansen's Declaration, attached hereto as Exhibit "A".

Nicholas Hansen has agreed to continue as a pro se party in the future until he has had an opportunity to obtain other counsel or has decided to counsel in a pro se role.

Nicholas Hansen's address for service of pleadings is 2300 E Silverado Ranch BLVD, Apt. 1028. Nicholas' email is: nicksurvive@gmail.com

DATED this 10th day of September, 2021.

HANSEN & HANSEN, LLC.

BY:   /s/ Joel F. Hansen, Esq.
JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
9030 W. Cheyenne Ave. #210
Las Vegas, NV  89129
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. or, if necessary, by U.S. Mail and/or email), upon the following:

| CM/ECF: _____  _____ | U.S. Mail:  __ ____ ____ | Email:  _____  _x____ |
|---|---|---|

| | |
|---|---|
| Craig R. Anderson, Esq.<br>Jackie V. Nichols, Esq.<br>MARQUIS AURBACH COFFING<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>canderson@maclaw.com<br>jnichols@maclaw.com<br>*Attorneys for Defendants LVMPD* | Richard I. Dreitzer, Esq.<br>Austin M. Maul, Esq.<br>FENNEMORE CRAIG, P.C.<br>300 South Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>rdreitzer@fennemorelaw.com<br>amaul@fennemorelaw.com<br>*Attorneys for Defendants The Cromwell Las Vegas and Caesars Entertainment Corp.* |

DATED:   September 10, 2021.

/s/ *Lisa M. Sabin*_____
An Employee of Hansen & Hansen, LLC

## Order

IT IS ORDERED that ECF No. 64 is GRANTED. The Clerk of Court is directed to update the Plaintiff's address to the address contained herein.

**IT IS SO ORDERED**
**DATED:** 9:13 am, September 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2