# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS HANSEN,<br><br>    Plaintiff,<br><br>v.<br><br>THEODOR SCHAEFER, DARREL DAVIES, JOE LOMBARDO, CAESARS ENTERTAINMENT CORPORATION, and CORNER INVESTMENT COMPANY, LLC,<br><br>    Defendants. | Case No.: 2:19-cv-02234-APG-BNW<br><br>**Order Directing Defendants Caesars Entertainment Corporation and Corner Investment Company, LLC to Manually File Exhibit** |

Defendants Caesars Entertainment Corporation and Corner Investment Company, LLC filed a notice that they manually filed video exhibits with the court. ECF No. 63. But the flash drive, which purported to contain Exhibit D titled "Surveillance Footage of Hansen from the Flamingo," contains no such exhibit.

I THEREFORE ORDER that if the defendants want me to consider that video exhibit to its motion for summary judgment, then they must physically file the video exhibit with the court no later 2:00 p.m. on Monday, March 28, 2022.

DATED this 23rd day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE