# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS HANSEN,<br><br>　　Plaintiff<br><br>v.<br><br>THEODOR SCHAEFER, et al.,<br><br>　　Defendants | Case No.: 2:19-cv-02234-APG-BNW<br><br>**Order Denying Motion to Stay Case and Setting Deadline for Supplemental Brief**<br><br>[ECF No. 93] |

On April 14, 2022, plaintiff Nicholas Hansen moved to stay the case to allow him time to find a new attorney. ECF No. 93. More than two months have passed, and Hansen has not updated the court on his efforts to find an attorney. He has had ample time to do so. I therefore deny his motion to stay this case any further and set the deadline for his supplemental brief regarding defendant Joe Lombardo.

I THEREFORE ORDER that plaintiff Nicholas Hansen's motion to stay case **(ECF No. 93) is DENIED**.

I FURTHER ORDER that plaintiff Nicholas Hansen's supplemental brief regarding his claims against defendant Joe Lombardo for defamation and violation of Nevada Revised Statutes § 171.153 (*see* ECF No. 91) is due by August 5, 2022.

DATED this 1st day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE